UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 24-127-JFW**                                                           Dated: April 15, 2024

==============================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Wil Wilcox | Nisha Chandran |
| Courtroom Deputy | Court Reporter | David Lachman |
| | | Asst. U.S. Attorney |
| | Interpreter: None | present |

==============================================================================
U.S.A. vs (Dfts listed below)                          Attorneys for Defendants

1)   Chenguang Gong                              1)   Craig Wilke
     present on bond                                   present - retained

_____

**PROCEEDINGS:**   **STATUS CONFERENCE**

**HEARING ON STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [28] Filed 4/10/24**

Case called and counsel make their appearance.

Government counsel provides the Court with a summary of the case.

Court and counsel discuss the Stipulation to Continue Trial Date. Counsel shall submit a new stipulation and proposed order in accordance with the Court's comments at the hearing.

Counsel shall file a joint statement with respect to the production of discovery by April 29, 2024.


CC: USPO/PSA; USM

Initials of Deputy Clerk __sr__
1/10