| | |
|---|---|
| 1 | CRAIG WILKE (150728) |
| 2 | craig@craigwilkelaw.com |
|   | 305 N. Harbor Blvd., Suite 216 |
| 3 | Fullerton, California 92832-1901 |
| 4 | Telephone (714) 870-8900 |
|   | Facsimile  (714) 879-2278 |
| 5 | |
| 6 | Attorney for Defendant |
|   | CHEUNGUANG GONG |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00127-JFW |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| CHENGUANG GONG, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorneys of record, Assistant United States Attorneys David Lachman and Nisha Chandran, and defendant Chenguang Gong, by and through his attorney of record Craig Wilke, hereby stipulate that the conditions of defendant's pretrial release should be modified to permit him, with the prior permission of the Pretrial Services Agency, to travel to the Southern District of California for the purpose of attending to his real property located in that

/

/

/

/

1

1 | district; and to travel through the Eastern District of California for the purpose of
2 | traveling to the Central District of California and the Southern District of California.
3 |       IT IS SO STIPULATED.

|   |   |   |   |
|---|---|---|---|
|   |   | E. MARTIN ESTRADA | |
|   |   | United States Attorney | |
|   |   | /s/ | |
| Dated: May 9, 2024 | By: | DAVID LACHMAN | |
|   |   | NISHA CHANDRAN | |
|   |   | Assistant United States Attorneys | |
|   |   | /s/ | |
| Dated: May 9, 2024 |   | CRAIG WILKE | |
|   |   | Attorney for Defendant | |