```
CRAIG WILKE (150728)
craig@craigwilkelaw.com
305 N. Harbor Blvd., Suite 216
Fullerton, California 92832-1901
Telephone (714) 870-8900
Facsimile  (714) 879-2278

Attorney for Defendant
CHEUNGUANG GONG
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHENGUANG GONG,<br><br>Defendant. | Case No. 2:24-cr-00127-JFW<br><br>**ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

BASED ON THE PARTIES' STIPULATION the conditions of defendant's pretrial release are hereby modified to permit him, with the prior permission of the Pretrial Services Agency, to travel to the Southern District of California for the purpose of attending to his real property located in that district; and to travel through the Eastern District of California for the purpose of traveling to the Central District of California and the Southern District of California.

IT IS SO ORDERED.

Dated: May 9, 2024

_____
JOHN F. WALTER
United States District Judge

CC: USPO/PSA; USM

Presented By:
      /s/
CRAIG WILKE
Attorney for Defendant

1