1  CRAIG WILKE (150728)
2  craig@craigwilkelaw.com
3  305 N. Harbor Blvd., Suite 216
   Fullerton, California 92832-1901
4  Telephone (714) 870-8900
   Facsimile  (714) 879-2278
5
6  Attorney for Defendant
   CHEUNGUANG GONG
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                          WESTERN DIVISION

11 | UNITED STATES OF AMERICA,        | Case No. 2:24-cr-00127-JFW
12 |                                  |
   |        Plaintiff,                | **STIPULATION TO MODIFY**
13 |                                  | **CONDITIONS OF PRETRIAL**
14 |   v.                             | **RELEASE**
15 | CHENGUANG GONG,                  |
16 |                                  |
   |        Defendant.                |
17

18
19     Plaintiff United States of America, by and through its attorneys of record,
20 Assistant United States Attorneys David Lachman and Nisha Chandran, and defendant
21 Chenguang Gong, by and through his attorney of record Craig Wilke, hereby stipulate
22 /
23 /
24 /
25 /
26 /
27 /
28 /

that the conditions of defendant's pretrial release should be modified to remove the condition that he participate in the Location Monitoring Program with a curfew.

IT IS SO STIPULATED.

|  |  |  |
|---|---|---|
|  |  | E. MARTIN ESTRADA<br>United States Attorney |
| Dated: July 26, 2024 | By: | /s/<br>DAVID LACHMAN<br>NISHA CHANDRAN<br>Assistant United States Attorneys |
| Dated: July 26, 2024 |  | /s/<br>CRAIG WILKE<br>Attorney for Defendant |