1  CRAIG WILKE (150728)
2  craig@craigwilkelaw.com
   305 N. Harbor Blvd., Suite 216
3  Fullerton, California 92832-1901
   Telephone (714) 870-8900
4  Facsimile  (714) 879-2278
5
6  Attorney for Defendant
   CHEUNGUANG GONG
7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11  UNITED STATES OF AMERICA,          Case No. 2:24-cr-00127-JFW
12
              Plaintiff,              [~~PROPOSED~~] ORDER TO MODIFY
13                                     CONDITIONS OF PRETRIAL
                                       RELEASE
14       v.

15  CHENGUANG GONG,

16
              Defendant.
17

18

19       BASED ON THE PARTIES' STIPULATION, the conditions of defendant's

20  pretrial release are hereby modified to remove the condition that he participate in the

21  Location Monitoring Program with a curfew.

22       IT IS SO ORDERED.

23

24  Dated:  August 2, 2024      _____

25                              Hon. Stephanie S. Christensen
                                U.S. Magistrate Judge
26

27  Presented By:
         /s/
28  CRAIG WILKE
    Attorney for Defendant