UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ) | Case No. **CR 24-127-JFW** |
| ) | |
| Plaintiff, ) | **SUPPLEMENTAL CRIMINAL TRIAL** |
| ) | **ORDER RE: DEFENDANT'S TRIAL** |
| v. ) | **EXHIBITS AND WITNESSES** |
| ) | |
| Chenguang Gong, ) | |
| ) | |
| Defendant. ) | |

The above matter is set for trial on **June 24, 2025** before the Honorable John F. Walter, Courtroom 7A, United States Courthouse. In addition to the filing deadlines required by the Court in the Criminal Trial Order as modified by the Court's order of **November 18, 2024,** the Court Orders the following:[1]

1. Defendant shall prepare (but not file) a Pre-Trial Exhibit List which shall contain a numbered list of all of

---

[1] The Pre-Trial Exhibit List, Joint Pre-Trial Exhibit Stipulation, and Pre-Trial Witness List described herein are in addition to, and do not replace, counsel's obligations to comply with the Court's Criminal Trial Order and the Local Rules regarding exhibit and witness lists.

the exhibits Defendant intends to offer during trial.  For each exhibit listed, Defendant shall identify the exhibit by providing the following information: title, date, number of pages, and author (if identified in the document) (collectively the "description" of the exhibit). Defendant shall also identify each witness he anticipates will testify about and/or lay the foundation for the exhibit. Defendant shall provide a copy of the foregoing Pre-Trial Exhibit List to the Government no later than **May 19, 2025**.  Within four (4) calendar days of receipt of Defendant's Pre-Trial Exhibit List, counsel for Government  shall meet and confer with the Defendant's counsel, in person, to prepare a Joint Pre-Trial Exhibit Stipulation.  The Joint Pre-Trial Exhibit Stipulation shall set forth the Government's objections to Defendant's exhibits, if any, the basis for each objection and Defendant's response to the objection.  All exhibits to which there is no objection shall be admitted into evidence.  The parties shall stipulate to the authenticity of exhibits whenever possible, and the Pre-Trial Exhibit Stipulation shall identify any exhibits for which authenticity has not been stipulated to and the specific reasons for Government's failure to stipulate.

      The Joint Pre-Trial Exhibit Stipulation filed by the Defendant and the Government shall be substantially in the following form:

<u>Joint Pre-Trial Exhibit Stipulation</u>

<u>Defendant's Exhibits</u>

<u>Number</u>  <u>Description</u>  <u>Witness</u>  <u>If Objection, State Grounds</u>  <u>Response to Objection</u>

The Joint Pre-Trial Exhibit Stipulation shall be filed no later than **June 10, 2025.** Failure by the Government to meet and confer and/or advise the Defendant of its objections will constitute a waiver of those objections unless the Government is able to demonstrate good cause for its failure to comply with this Order.

2. Defendant shall prepare a Pre-Trial Witness List identifying the witnesses he intends to call during trial in the order that the witnesses will be called, including a brief summary of each witness's expected testimony and an estimate of the length of time needed for direct examination. Defendant shall file its Pre-Trial Witness List on or before **June 2, 2025.** The Government shall file, no later than **June 4, 2025,** a response to the Defendant's Pre-Trial Witness List identifying the approximate length of time counsel anticipate they will need for cross-examination of the Defendant's witnesses.

IT IS SO ORDERED.

Dated: November 25, 2024

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE