BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Chief, National Security Division
DAVID C. LACHMAN (Cal. Bar No. 261711)
Assistant United States Attorney
National Security Division
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorney
Major Frauds Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5564/2429
     Facsimile: (213) 894-2927/0141
     E-mail:    david.lachman@usdoj.gov
                nisha.chandran@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 24-00127-JFW |
| Plaintiff, | <u>NATIONAL RECONNAISSANCE OFFICE VICTIM IMPACT STATEMENT</u> |
| v. | |
| CHENGUANG GONG, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys David C. Lachman and Nisha Chandran, hereby files a Victim Impact Statement from the

National Reconnaissance Office, an agency of the United States Department of Defense that designs and operates U.S. reconnaissance satellites and provides signal intelligence to other government agencies, in advance of defendant CHENGUANG GONG's sentencing hearing.

Dated: November 10, 2025

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

   /s/
DAVID C. LACHMAN
NISHA CHANDRAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**NATIONAL RECONNAISSANCE OFFICE**
14675 Lee Road
Chantilly, VA 20151-1715

October 28, 2025

**Via Electronic Mail and AUSA David Lachman**

Judge John F. Walter
US Courthouse
Courtroom 7A
312 North Spring Street
Los Angeles, CA 90012

Re: <u>United States v. Chenguang Gong</u>, No. 24-CR-00127-JFW

Dear Judge Walter:

    (U//FOUO) I am writing you at the request of Assistant United States Attorney David Lachman to provide a victim impact statement in connection with the sentencing of Mr. Chenguang Gong.

    (U//FOUO) As you are aware, Mr. Gong has plead guilty to stealing propriety technologies being developed by the Department of Defense. These technologies are designed to be integrated into tactical, operational, and strategic national intelligence and defense programs across the air, maritime, and space warfighting domains. Components of the Department of Defense, including the National Reconnaissance Office, rely on industry partners to help the United States achieve a competitive advantage over other nation states that seek to do us harm. Judge Walter, the speed in which our partners and adversaries are advancing technology is ever increasing, and this creates a small window in which the United States can capitalize on some technological achievements.

    (U//FOUO) By stealing these proprietary technologies, Mr. Gong caused significant damage to our national security, as well as the safety and security of our allies and partners. The specifications revealed in the documents included in the indictment are tied to critical technologies which impact missile warning, target detection and tracking, and many other national security functions vital to maintaining our competitive advantage. The affected programs, valued in the tens of millions of dollars, have direct ties to current airborne and spaceborne systems as well as future major system acquisitions. Each of

UNCLASSIFIED//FOR OFFICIAL USE ONLY

those programs must be evaluated for their continuation due to potential vulnerabilities and exploits which may be identified by our adversary as a result of Mr. Gong's selfish and treacherous actions.

(U//FOUO) Should you have any questions regarding this statement, please contact the Office of General Counsel at (703) 808-1060.

Sincerely,

*C.J.Sco[signature]*
Dr. Chris Scolese
Director

2